**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**  24 cr 86

**DANIEL J. VALDEZ**

**MEMORANDUM IN AID OF SENTENCE**

On January 6th, 2021, Daniel Jay Valdez climbed into the Capitol through a broken window.  He remained inside the United States Capitol for less than ten minutes.  During that time, he was part of a disorderly crowd that overran law enforcement. He walked around the Crypt, took photographs of his son and marveled at the majesty of the architecture.  He did not vandalize the building or assault law enforcement.  He did not encourage others to deface the edifice or to attack the Capitol police.  He exited peacefully, as he had entered.

At the time he came to Washington he had the misguided belief that the election had been stolen.  As he states in his lengthy autobiography and letter to the Court:

I decided to make the trip to Washington D.C. because at the time I was under the impression that the election was stolen, and I wanted to be at the rally to support President Trump and be with likeminded individuals. I thought at the time that Vice President Pence

1

was going to do something that was going to save the day. Boy was I wrong. A lot of us were wrong. Looking back now I can't believe the things I thought to be true.

I've watched a lot of documentaries about that day and recently watched "The Sixth." It brought me to the realization that there were many who suffered and still suffer because of what I was a part of. For what it's worth, I would like to sincerely apologize for what I did. First, I want to say I'm sorry to the Capitol Police. It was amazing what they did with the number of officers that were there that day. They were heroic in their efforts to control the situation. I would also like to apologize to Congress and the Congressional Staffers. I can't imagine what it must have felt like to fear for your life. I am so sorry.

Daniel has done a lot of thinking to come to terms with his misconduct. He has listened to books on tapes as he drives his truck. He has watched documentaries with his daughter about the cultural and political causes that culminated in the riot of January 6th. He now views that day, not as a patriotic zenith--but as a day that will live in infamy.

Daniel acknowledged at his Plea Hearing that his presence inside the Capitol and his participation in the unruly demonstration, disturbed the orderly conduct of congress. He accepted responsibility for his misdeeds. He understands that his presence served to encourage the greater misdeeds of others. Daniel never protested his innocence, nor did he contest his guilt. He requested an early resolution of his charges and he entered a change of plea as soon as he was able. After looking over his shoulder and fearing he would be

arrested--he turned himself into the FBI as soon as he learned there was a warrant for his arrest.

Daniel Valdez had a traumatic childhood and suffered abuse at the hands of his stepmother. As a young sports star he injured his knee and lost his dream to go to Colorado State University to play football. He lost his college scholarship and he ended up working in a meat packing plant.

He joined the Marine Corps and qualified to train for 0351 anti-tank and explosives. Because of the metal plates in his injured knee, he could not safely handle the explosives. After an accident with explosives, he left the Marines on a Medical Discharge.

He returned to Colorado and was rehired at the meat packing plant. His luck did not improve. He suffered an industrial accident which resulted in partial disability from a neck and back fractures.

He continues to suffer from arthritis from a crushed disk in his neck. He suffers from chronic pancreatis. He has Diabetes 2 which has reduced his once robust frame from 240 lbs, to 170 lbs. Yet he soldiers on. He drives a refrigerator truck throughout the Western United States. He holds a valid Colorado Class A Commercial Driver's License.

We join the Office of U.S. Probation and ask the Court to sentence Daniel Valdez to a period of Probation. Due to his employment as a long-haul truck

3

driver and the fact that his home is his truck, we are asking that the Conditions of Supervision be modified to permit him to continue to work, to live and to travel outside of his federal district.

We are asking that he be permitted to Notify Probation of his travel and be excused from any requirement he receive permission prior to travel. See Condition of Supervision 3. I believe he has been permitted to Notify PreTrial Services of his travels during Supervision, rather than be required to request permission.

The nature of work as a long-haul trucker is that he cannot know where he will be going next, until he drops off one load and is then assigned another. A requirement that he request permission, would be impracticable and impossible for him to maintain his employment in order to comply.

In view of the fact his housing is within his truck, we would request that probation accommodate Condition of Supervision 5, to permit his continued housing in his truck.

In light of the fact that he currently is tested for drug use by the State of Colorado in order to maintain his Commercial License and that testing will be ongoing, we request that the Condition ¶ 96 of Mandatory Drug Testing be suspended.

Daniel long ago sent me a check for restitution and court courts. It will be paid to the Clerk of the Court Immediately. after Judgment is entered.

Daniel has requested that in lieu of an Order to perform Community Service, which is impossible due to his employment, he asks that the Court order him to listen to specific books on tape and to write for probation or the Court. In the alternative, he asks the Court to order him to pay a fine, perhaps $10.00 for each hour of community service, to a non profit organization or a Veterans Organization in Colorado, to be assigned by the Office of U.S. Probation.

Daniel Valdez is trying to be creative in meeting his responsibilities to the Court, to the department of probation and to his Community.

WHEREFORE we request the Court Order a Period of Supervised Release, with the special condition of Restitution and Court Costs to be paid immediately and such other Conditions as Ordered by the Court.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. DC 273276
Appointed by the Court
for Daniel Valdez
1702 S Street N.W.
Washington, D.C. 20009
202 265 8210
hhsesq@aol.com