# Honorable Judge Dabney L. Friedrich

I was born June 7th, 1964 in Sacramento California on McCellan Air Froce Base, where my Father was enlisted.  At the age of 2 years, my father moved my brother and I to Sterling Colorado and we moved in with my grandparents Adolf and Rita Valdez. After the move, my brother John, one year older than me and I, no longer had our mother around. My father left her because of some mental health issues she was having. The story was never clear, but we were led to believe she was placed in a mental institution. Many years would pass before she reached out to us.

For the most part I led a normal life in Sterling until my father remarried, and the "Demon" Mary was brought into our lives. Without really getting into it, Mary was very abusive, and my brother and I suffered greatly. We were left alone in her care while my father pursued a master's degree in education in Greeley Colorado, some 100 or so miles away. During the week he was attending class and he would come home on the weekends. Because of our age at the time, we never relayed to him the abuse we were subjected to in his absence. He eventually figured it out and divorced Mary. Unfortunately, by the time that occurred, the damage was done. I really didn't suffer any adverse effects except for my inability to form successful relationships with the opposite sex. I was very self-conscious and a bit introverted. I just didn't know how to interact with girls. Looking back, I realize it was because of the fear that Mary had instilled in me. My brother, on the other hand, turned into a mirror image of Mary. He was very abusive to women, and it wasn't unusual to see him with girls who were sporting some sort of bruising. To my knowledge he never got married, and he lives as  a recluse. It's been well over 30 years since I have heard from him.

In grade school I became interested in theater arts. This carried on into high school and I was always involved in some way with the school plays. Usually, a role in production. I wrote and performed "Skits" at school assemblies and soon became known as the class comedian, if you will. I wasn't the disruptive type and was well liked by the teachers and school administration. Looking back, I  realize I was trying to be someone else and not who I

really was. I needed acceptance because I really thought I was unworthy of respect. Once again, I believe my behavior developed out of the abuse my brother and I had suffered.

I was also very big into sports.   I was a talented athlete, and I lettered in 4 sports. I was on the path to receiving a sports scholarship to Colorado State University for football. By the time I was a senior in high school, I was 6'4" and 240 lbs.. In the second football game of my senior year, I suffered a bad injury. My left knee was taken out by a cheap shot.  That ended my aspirations for a professional career down the road.   Because of the damage to my knee, my scholarship was revoked.

After high school graduation I took a summer job at the local "Beef Plant".  I started learning the trade of rendering beef. This was a very low point in my life.  I felt I had become a failure and my life was destined to be insignificant. One day on the job, a fellow employee dared me to join the Marine Corps. I had always been patriotic like my father, who was in the Air Force.  My brother was at that time serving in the Army. My brother and a friend of his had gotten into some trouble and were given the choice of jail time or enlisting in the army. They chose the army.   Although I wasn't in trouble at the time, I also decided to join up the Marines.

 I had a high ASVAB test score and was selected  to train for 0351 anti-tank and explosives. During a training exercise while I was setting up blasting caps into C4 explosives, an electronic cap started to vibrate in my hand. I immediately threw the blasting cap away from me, and it discharged. The explosive charge in a blasting cap isn't what one would call impressive, but it can take off your hand. There was an investigation into the incident, and I was placed on inactive status until it was determined what had happened.

One of the first things you are taught when handling explosives, is that the electrical charge in a common wristwatch is enough to set off an explosion. That is why you are not allowed to wear watches while working MOS. Of course, I wasn't wearing one and it was finally determined that probably an electrical charge was relayed from high voltage lines near our training grounds,  through the metal in my repaired knee.  The electric charge into the

blasting cap almost blew a hole in me and could have possibly injured my fellow soldiers. I've never been convinced that this is what really caused the incident. Regardless, I was no longer qualified to handle explosives. I was given the choice of becoming an office jockey or of accepting a Medical Discharge from the Marines. I chose the discharge.

After my short career in the military, my life turned into a blur. I returned to my hometown and immediately went back to work at the meat packing plant. This time I was hired as a "Heavy Breaker" on the line. This was because of my size. A Heavy Breaker is the individual who is at the head of a disassembly line, when rendering the chilled carcasses of cattle. The cattle carcasses start in halves at the front of the line. The Heavy Breaker starts off the sectioning of the pieces by sawing the halves into quarters. This takes a lot of strength, and one must manhandle the meat to separate it. One of my jobs was to "Pull the Shoulder Clod", removing a chunk of muscle off the front quarter. This entailed using a knife and a hook to separate the sections. The work was very labor intensive. During one removal, the top quarter broke free from the hind section and the sudden break forced me to the floor. My knife was directly trapped against my chest, as the front quarter I was working on fell "ribs first" onto my spine. The quarter weighed about 250 pounds. I was in shock and unable to move. I considered myself lucky however, because though I suffered grave injury, I didn't end up driving my knife into my sternum. The impact ruptured one of my vertebrae located near my neck. I was rushed to the local hospital, and I required a lengthy recovery on the living room floor in my father's house.

Over the next 20 years, I moved from job to job and from state to state. I ended up marrying the mother of my 2 children during the beginning of that time. This marriage was the first of a total of three attempts at the institution. My daughter, Elisha, was born in 1990 and my son, Payton, was born in 1993. They were and to this day, remain my life. Unfortunately, I was a very poor judge of character. The children's mother turned out to be a reincarnation of my stepmother, Mary. Thinking back, I do really believe that my poor choice in partners or wives, if you will, was a direct result of my experiences with Mary. To try and

keep this already long story short, my next two wives were the same. Perhaps, I am in some weird way attracted to this unconsciously.  This is the reason I choose to live my life single !

My children were very young when I divorced their mother, and she was initially given residential custody.  I shared custody, but her home was their main base. She tended to move around a bit, so I found myself moving all the time as well so that I could be close to them.   I worked mostly in construction for years.

 It was after my ex remarried and bought a house with her new husband, that I eventually settled into a small Denver suburb and my life stabilized with a steady routine. That was not to last . My ex  divorced again but she kept the house. Because of the expense of maintaining a household, she took in roommates in her basement. My kids described things to me that were occurring, that started to concern me. Constant foot traffic in and out of her house all hours of the night. The people that the kids described sounded very strange. One morning when I had the kids in my condo, their mother showed up at my front door. She told me that her roommates were cooking Meth in her basement and had been helping pay for her house through the sales of the Meth they made. She wanted me to go to her house and kick them out. Make them leave. I was livid and needed time to think. I told her to go back to the house and wait for me. I was seeing red. She had been letting druggies cook meth, while my children were in the house. I didn't need to think for long.   I did a bit of research into law enforcement and phoned the North Metro Task force in Thornton, Colorado. Once again, a long story but one that had a great ending. After about a week I was given full custody!

My kids are now  grown and both are successful. My daughter owns her own barber shop. She is married with 2 children. Once again, I share my life with them. Family is  the only thing that matters to me. My son, Payton, who was with me on Jan 6th and is also being prosecuted, owns his own Plumbing business in Denver. He is very successful. For the past 3 plus years I have been living in my Big Rig and working nonstop. The only time I take off is to spend time with my daughter and my grandchildren.

Your honor I may be an imperfect human being but I have always been a hard worker and a good father.  I cannot imagine that I am standing before a Federal Judge  facing punishment for my misguided participation in the riot at the Capitol.

How did I ever go?  I decided to take the road trip to D.C. during a thirty-day period when I was between jobs. This is about the time when my marriage started falling apart. It was my third marriage and my last. After Trump lost the election, he promised us a great time if we travelled to Washington. Since I wasn't working, I decided to take the road trip to D.C. to be among other like-minded individuals and I thought it would be a good time. We were promised it would be an historic event and there were expected to be thousands of patriots attending. Little did I know that it would be a "date that would live in infamy".

 I asked my son, as a last-minute thing ,to see if he would accompany me on the long drive. We arrived in Washington on the 5th and checked into the room we reserved. We then went to the Capitol to do some sightseeing. I was overwhelmed at the amount of people that were already there. Also, being in such an historic and beautiful city for the first time, felt so surreal to me. We had a good time walking around and seeing the sites. We eventually returned to our room for the night, excited for the following day when we planned on getting to the Ellipse early in the morning to have front row seats for Trump's address. Unfortunately, many others had the same idea. There was no way we were getting seats inside the tent. We ended up staying on the outskirts of the crowd because it was so dense with people. I set up our folding chairs. I lounged as my son walked around the area. I took hundreds of pictures of the moment while I sat there. Eventually Trump was finished speaking. I folded up our chairs and we set off to the Capitol, where we believed Trump would speak again. Just to say, we had no intention of rioting or entering the Capitol.  It was an historic moment that we wanted to be part of it. I was pushed forward by the crown and in my attempt to not lose sight of my son, I pushed forward myself. I was in no physical condition to move very fast. We followed the crowd and approached the Capitol.

At one point we were in a long almost single file of people slowly approaching the building. I stepped out of line at one point and approached a couple of Capitol Police

officers, in full riot gear, and asked if we were allowed to go inside and check it out. It looked as though the line was heading for an entrance. One of the guards without saying anything, gestured with an outstretched hand, which I took as an affirmation of my question. I should have known from his riot gear that I should just leave. I regret that we continued forward. As we got closer to the building, I could see that it wasn't a door we were moving toward, but a broken window. People were getting boosted to go through. Thinking about it afterwards, it was probably one of the stupidest decisions I have ever made to go in. I was helped through the window. Once inside, I saw officers just standing there watching everyone. There were people approaching and talking to them. Where I was, there was no rioting. People were just walking around. My son and I walked a few steps into a hall of sorts that had a number of what I took to be very old statues. I now know that it was a room called The Crypt. It was at this this time that I thought to myself that something was very wrong. I consulted my son and we decided to leave. The Government says we were in the building for 9 minutes. That sounds about right to me. We headed back the way we had come. I approached an officer and asked him how to exit the building. He pointed to the same broken window.

It is easier to see your mistakes and poor judgment in retrospect. I know now the presence of so many people, rioters and miscreants terrified the people working in the Capitol. I know physical damage to the building. I know law enforcement officers were traumatized and injured. For all this I apologize. I should not have been there. I have already sent a money order for restitution to my lawyer. I entered an early plea. I turned myself into the FBI as soon as I learned they were looking for me. I was wrong and I accept responsibility for my conduct on January 6th.

At the time of our first court date, I was ordered to keep away from my son. This I can say is the most devastating thing that has ever happened to me. I think about my son on a daily basis and if I can say, this in itself is the worst punishment I can think of to be imposed on me. I thank God for my daughter. She stepped up and makes sure to contact me on a daily basis via texting and phone conversations. Whenever I find myself back in Colorado I always visit her and my grandchildren. They are my saving grace and my reason for living.

When I returned to Colorado in January 2021 I began working for Schledewitz Trucking. I drive a refrigerator truck on long hauls. I also live in the truck. It is a simple life. I listen to books on tape while I drive. I have listened some books Ms. Shaner recommended and also to others I choose for myself. It gives me a way to educate myself and to keep my brain focused and entertained. It also gives me peace and time to reflect. I can honestly say that I regret going to Washington D.C. .

For almost 3 and a half years I have lived with the knowledge that at any time I would be arrested. Constantly looking over my shoulder. My decision to enter the Capitol was misguided. If I could go back in time, I would have never taken that trip. That trip led to my final divorce and to a solitary life living in my truck. At one time it was important for me to be in a relationship, so I tried to maintain a job where I was able to be home in the evenings as well as be off on the weekends. The events of Jan 6th put a huge strain on my marriage. That strain eventually led to divorce. I let my ex-wife buy my half of the house. I wanted to purchase a new home. I even qualified for a mortgage, but the fear of losing my freedom and then losing my house as a consequence of incarceration, stopped me.

Today I live full-time on the road, running all over this country. My life is sitting on the edge of my seat, just waiting for the Sentencing Hearing. I put all my efforts into helping my daughter and her family. Both my daughter and her husband are young business owners. They work hard to maintain these businesses. On top of this that have 2 young children. My grandchildren are my life. Whenever I have the opportunity, I visit them. Most of my salary goes to my daughter to help with the kids, though she never asks for help. In doing this I have a sense of purpose.

Your Honor, I decided to make the trip to Washington D.C. because at the time I was under the impression that the election was stolen, and I wanted to be at the rally to support President Trump and be with likeminded individuals. I thought at the time that Vice President Pence was going to do something that was going to save the day. Boy was I wrong. A lot of us were wrong. Looking back now I can't believe the things I thought to be true.

I've watched a lot of documentaries about that day and recently watched "The Sixth." It brought me to the realization that there were many who suffered and still suffer because of what I was a part of. For what it's worth, I would like to sincerely apologize for what I did.  First, I want to say I'm sorry to the Capitol Police. It was amazing what they did with the number of officers that were there that day. They were heroic in their efforts to control the situation. I would also like to apologize to Congress and the Congressional Staffers. I can't imagine what it must have felt like to fear for your life. I am so sorry.

My life has been changed as well. For the better I think, because I now can clearly see that I was deceived into believing so many things that weren't true. I am looking forward to being a part of my children's and my grandchildren's lives and to watch them grow. At 60 years of age, I am hoping that things will return to normal, and I can move on from this past 3 and a half years of uncertainty. No more looking over my shoulder and wondering what my life holds for me. I have no intention to ever return to a courtroom for my own stupidity. I am looking forward to the love of my family and to showing my love of country as I move on.

**Daniel Jay Valdez**